**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: March 30, 2009**

Burton Perlman
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


SHAY PENNINGTON                                          CASE # 09-10836
                                                         CHAPTER 13

DEBTORS                                                  JUDGE: PERLMAN

                                                         ORDER TO AVOID
                                                         LIEN


      This matter is before the Court upon Debtors Motion to Avoid the lien of Wilshire Credit Corp.

      Notice having been given and no objection being filed, IT IS SO ORDERED, that the lien of Wilshire Credit Corp. is hereby stripped and shall be paid as a general unsecured creditor through the plan.

      Upon discharge of sale or refinance, said mortgage shall be released of record.

SO ORDERED

Copies to:
U.S. Trustee
Margaret A. Burks
Robert A. Goering

Wilshire Credit Corp
PO Box 8517
Portland, OR 97207

###